**No. 47940.**—Protest 91979–K of Samuel Stone (New York).

Opinion by EKWALL, J. From an examination of the official papers nothing was found to warrant disturbing the finding of the collector which was held presumptively correct. The protest was therefore overruled.